

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN GLENN RYALS<br>a/k/a "Hot Tub" | NO. 5-26CR022-H |

## INDICTMENT

The Grand Jury Charges:

### Count One
### Possession with Intent to Distribute
### 500 Grams or More of Methamphetamine
### (Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii))

On or about February 27, 2026, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Steven Glenn Ryals**, also known as "Hot Tub", defendant, did intentionally and knowingly possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

A TRUE BILL:

_____
FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
STEPHEN J. RANCOURT
Assistant United States Attorney
Texas State Bar No. 24079181
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7398
Facsimile:   806-472-7394
E-mail:         stephen.rancourt@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

STEVEN GLENN RYALS
a/k/a "Hot Tub"

INDICTMENT

COUNT 1: POSSESSION WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF METHAMPHETAMINE
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii).
(1 COUNT)

A true bill rendered:

Lubbock                                                           _____ Foreperson

Filed in open court this 11th day of March, A.D. 2026.
DEFENDANT IN FEDERAL CUSTODY
Complaint #5:26-MJ-029 filed 03/02/26

_____
UNITED STATES MAGISTRATE JUDGE